1  HARRINGTON, FOXX, DUBROW & CANTER, LLP
   SUSAN A. WATSON, State Bar No. 67954
2  650 California Street, 19th Floor
   San Francisco, California 94108
3  Telephone (415) 288-6600

4

   Attorneys for WERNER ENTERPRISES, INC.
5  and FRANCES HENSLEY

6

7

8                 **UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 | JULIA COLLEEN TIMERMAN, an individual; ) | CASE NO. 1:02-cv-06228 SMS |
   | MARK ALLEN TIMERMAN, an individual; )
12 | KENNETH ROY TIMERMAN, an individual; )
   | and NICOLAS ADAM TIMERMAN, an            ) | STIPULATION AND ORDER FOR
13 | individual, by and through his mother and next ) | DISMISSAL OF CASE AS TO PLAINTIFF
   | friend, JULIA COLLEEN TIMERMAN,          ) | JULIA COLLEEN TIMERMAN
14                                            )
              Plaintiffs,                     )
15                                            )
         v.                                   )
16                                            )
   WERNER ENTERPRISES, INC., a Nebraska       )
17 Corporation doing business in California as C. )
   L. WERNER, INC. and FRANCES L.             )
18 HENSLEY, an individual,                    )
                                              )
19            Defendants.                     )
                                              )
20

21       **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

22

23       Plaintiff JULIA COLLEEN TIMERMAN, and defendants WERNER ENTERPRISES,

24 INC. AND FRANCES L. HENSLEY hereby stipulate, by and through their attorneys of record, to

25 the dismissal with prejudice of this action with respect to JULIA COLLEEN TIMERMAN.  The

26 parties further stipulate that each party will bear their own costs and attorneys' fees.

27

28

---

STIPULATION AND ORDER FOR DISMISSAL

-2-

1 | IT IS SO STIPULATED:

2

3 | DATED: March 7, 2005            BERGER, SILVERMAN & GEPHART

4

5

6                                  BY __/s/ Randall L. Gephardt_____
                                       RANDALL L. GEPHART
7                                      Attorneys for JULIA COLLEEN
                                       TIMERMAN
8

9

10 | DATED: March 28, 2005           HARRINGTON, FOXX, DUBROW & CANTER

11

12

13                                 BY __/s/ SusanA. Watson_____
                                       SUSAN A. WATSON
14                                     Attorneys for WERNER ENTERPRISES, Inc.
                                       and FRANCES L. HENSLEY
15

16

17 |     IT IS SO ORDERED.

18 | **Dated:   October 2, 2005**            __/s/ Sandra M. Snyder_____
19 | icido3                                  UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER FOR DISMISSAL